# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JONATHAN COLEMAN

NO. 2021 KW 0213

**MAY 24, 2021**

---

In Re:   Jonathan Coleman, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 02-FELY-385806.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT